# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 26, 2021

162424 & (39)(42)

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

BURTON DAVID CORTEZ,
        Defendant-Appellant.

SC: 162424
COA: 353336
Charlevoix CC: 18-012713-FH

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the September 10, 2020 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court. The motion for bond is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 26, 2021



t0223

Clerk